

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

Date: 9/24/2015

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re:  Equal Employment Opportunity Commission v. Aerotek, Inc.

U.S.D.C. Docket No.: 1:15cv275
U.S.C.A. Docket No.: 15-1690

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S):        1 volume of pleadings

VOLUME(S) OF TRANSCRIPT(S):      5 volumes of transcripts

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:


Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                           Sincerely yours,

                                           Thomas G. Bruton, Clerk


                                           By: /s/Esperanza Arnold, Deputy Clerk

| | |
|---|---|
| United States of America | } |
| | } |
| Northern District of Illinois | } |
| Eastern Division | } |

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

    1 volume of pleadings
    5 volumes of transcripts

**In the cause entitled:  Equal Employment Opportunity Commission v. Aerotek, Inc.**

USDC NO.:   1:15cv275
USCA NO.:   15-1690

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 24th day of September 2015.

THOMAS G. BRUTON, CLERK

By: /s/Esperanza Arnold, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ESPERANZA ARNOLD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
September 24, 2015

APPEAL,COX

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:15-cv-00275
## Internal Use Only

Equal Employment Opportunity Commission v. Aerotek, Inc.
Assigned to: Honorable Milton I. Shadur
Case in other court:     15-01690

Date Filed: 01/13/2015
Date Terminated: 01/14/2015
Jury Demand: None
Nature of Suit: 999 Miscellaneous Cases
Jurisdiction: Federal Question

Cause: Civil Miscellaneous Case

**Petitioner**

**Equal Employment Opportunity Commission**    represented by **Aaron R. DeCamp**
Equal Employment Opportunity Commission
500 W. Madison Street
2000
Chicago, IL 60661
(312)353-7582
Fax: (312)353-8555
Email: aaron.decamp@eeoc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diane Ilene Smason**
United States Equal Employment Opportunity Commission
Legal Unit
500 West Madison Street
Suite 2000
Chicago, IL 60661
(312) 869-8120
Fax: 312-869-8124
Email: diane.smason@eeoc.gov
*ATTORNEY TO BE NOTICED*

1

|  |  |
|---|---|
|  | **John C. Hendrickson**<br>Equal Employment Opportunity Commission<br>500 West Madison Street<br>Suite 2000<br>Chicago, IL 60661<br>(312) 869-8099<br>Fax: (312) 869-8124<br>Email: john.hendrickson@eeoc.gov<br>*ATTORNEY TO BE NOTICED* |
|  | **Laura R. Feldman**<br>EEOC<br>Chicago District Office<br>500 W. Madison<br>Suite 2000<br>Chicago, IL 60661<br>312 869 8108<br>Fax: 312 869 8124<br>Email: laura.feldman@eeoc.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **Aerotek, Inc.** | represented by | **Thomas F Hurka**<br>Morgan Lewis & Bockius, LLP<br>77 West Wacker Drive<br>Chicago, IL 60601<br>(312) 324-1735<br>Email: thurka@morganlewis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Andrew L. Scroggins**<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>312-460-5275<br>Fax: 312-460-7000<br>Email: ascroggins@seyfarth.com |

2

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2015 | 1 | MISCELLANEOUS CASE by Equal Employment Opportunity Commission Application for an Order to Show Cause (DeCamp, Aaron) (Entered: 01/13/2015) |
| 01/13/2015 | 2 | CIVIL Cover Sheet (DeCamp, Aaron) (Entered: 01/13/2015) |
| 01/13/2015 | 3 | ATTORNEY Appearance for Petitioner Equal Employment Opportunity Commission by Aaron R. DeCamp (DeCamp, Aaron) (Entered: 01/13/2015) |
| 01/13/2015 | 4 | MISCELLANEOUS CASE by Equal Employment Opportunity Commission Memorandum in Support of Application for an Order to Show Cause (Attachments: # 1 Exhibit Declaration and Exhibits)(DeCamp, Aaron) Duplicate filing of entry no. 7 (mmy, ). (Entered: 01/13/2015) |
| 01/13/2015 | 5 | ATTORNEY Appearance for Petitioner Equal Employment Opportunity Commission by John C. Hendrickson (Hendrickson, John) (Entered: 01/13/2015) |
| 01/13/2015 |  | CASE ASSIGNED to the Honorable Milton I. Shadur. Designated as Magistrate Judge the Honorable Susan E. Cox. (rc, ) (Entered: 01/13/2015) |
| 01/13/2015 | 6 | ATTORNEY Appearance for Petitioner Equal Employment Opportunity Commission by Diane Ilene Smason (Smason, Diane) (Entered: 01/13/2015) |
| 01/14/2015 |  | (Court only) ***Miscellaneous Case Terminated. (mmy, ) (Entered: 01/14/2015) |
| 01/14/2015 | 7 | MEMORANDUM miscellaneous case 1 by Equal Employment Opportunity Commission (Attachments: # 1 Exhibit Declaration and Exhibits)(DeCamp, Aaron) (Entered: 01/14/2015) |
| 01/16/2015 | 8 | NOTICE of Motion by Aaron R. DeCamp for presentment of before Honorable Milton I. Shadur on 1/23/2015 at 09:15 AM. (DeCamp, Aaron) (Entered: 01/16/2015) |
| 01/22/2015 | 9 | ATTORNEY Appearance for Respondent Aerotek, Inc. by Andrew L. Scroggins (Scroggins, Andrew) (Entered: 01/22/2015) |
| 01/22/2015 | 10 | ATTORNEY Appearance for Respondent Aerotek, Inc. by Thomas F Hurka (Hurka, Thomas) (Entered: 01/22/2015) |
| 01/23/2015 | 11 | MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held on 1/23/2015. Response to application for an order to show cause is due by 2/13/2015. Status hearing set for 2/18/2015 at 09:00 AM.Mailed notice (clw, ) (Entered: 01/23/2015) |

| | | |
|---|---|---|
| 02/13/2015 | 12 | RESPONSE by Respondent Aerotek, Inc. to memorandum 7 , miscellaneous case 1 *in Opposition to the EEOC's Application for an Order to Show Cause Why Subpoena Should Not Be Enforced* (Attachments: # 1 Declaration of Andrew Scroggins, # 2 Exhibit, # 3 Exhibit)(Scroggins, Andrew) (Entered: 02/13/2015) |
| 02/18/2015 | 13 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 2/18/2015. Petitioner Equal Employment Opportunity Commission's application for an order to show cause is granted. Counsel is to submit a signature order. Mailed notice (clw, ) (Entered: 02/19/2015) |
| 03/05/2015<br>Flash Drive | 14 | TRANSCRIPT OF PROCEEDINGS held on 02/18/2015 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/26/2015. Redacted Transcript Deadline set for 4/6/2015. Release of Transcript Restriction set for 6/3/2015. (Scarpelli, Rosemary) (Entered: 03/05/2015) |
| 03/10/2015 | 15 | MOTION by Respondent Aerotek, Inc. to alter judgment (Hurka, Thomas) (Entered: 03/10/2015) |
| 03/10/2015 | 16 | EXHIBIT by Respondent Aerotek, Inc. regarding MOTION by Respondent Aerotek, Inc. to alter judgment 15 (Hurka, Thomas) (Entered: 03/10/2015) |
| 03/10/2015 | 17 | ~~NOTICE of Motion by Thomas F Hurka for presentment of motion to alter judgment 15 before Honorable Milton I. Shadur on 3/20/2015 at 09:15 AM. (Hurka, Thomas) (Entered: 03/10/2015)~~ |
| 03/10/2015 | 18 | ORDER For the reasons stated on the record on February 18,2015, Equal Employment Opportunity Commission's petition to enforce Subpoena No. CH-13-040 is GRANTED. This Court directs Respondent Aerotek, Inc. to comply fully with EEOC's Subpoena by no later than March 23, 2015, subject to Aerotek's right to appeal. Signed by the Honorable Milton I. Shadur on 3/10/2015. Mailed notice. (sj, ) (Entered: 03/11/2015) |
| 03/20/2015 | 19 | MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held. Respondent's motion to alter or amend judgment judgment 15 is denied. Respondent is ordered to produce the records by 3/30/2015.Mailed notice (clw, ) (Entered: 03/20/2015) |

4

| | | |
|---|---|---|
| 03/24/2015<br>Flash Drive | 20 | TRANSCRIPT OF PROCEEDINGS held on 03/20/2015 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/14/2015. Redacted Transcript Deadline set for 4/24/2015. Release of Transcript Restriction set for 6/22/2015. (Scarpelli, Rosemary) (Entered: 03/24/2015) |
| 03/31/2015 | 21 | NOTICE of appeal by Aerotek, Inc. regarding orders 19 , 13 Filing fee $ 505, receipt number 0752-10492836. (Hurka, Thomas) (Entered: 03/31/2015) |
| 03/31/2015 | 22 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 21 . (ea, ) (Entered: 03/31/2015) |
| 03/31/2015 | 23 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 21 . Notified counsel. (ea, ) (Entered: 03/31/2015) |
| 03/31/2015 | 24 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 21 ; USCA Case No. 15-1690 (sj, ) (Entered: 04/01/2015) |
| 04/08/2015 | 25 | MOTION by Respondent Aerotek, Inc. to stay *Pending Appeal* (Hurka, Thomas) (Entered: 04/08/2015) |
| 04/09/2015 | 26 | ATTORNEY Appearance for Petitioner Equal Employment Opportunity Commission by Laura R. Feldman (Feldman, Laura) (Entered: 04/09/2015) |
| 04/14/2015 | 27 | DOCKETING Statement by Aerotek, Inc. regarding notice of appeal 21 (Hurka, Thomas) (Entered: 04/14/2015) |
| 04/14/2015 | 28 | NOTICE of Motion by Thomas F Hurka for presentment of motion to stay 25 before Honorable Milton I. Shadur on 4/17/2015 at 09:15 AM. (Hurka, Thomas) (Entered: 04/14/2015) |
| 04/14/2015 | 29 | SEVENTH CIRCUIT transcript information sheet. (jl, ) (Entered: 04/16/2015) |
| 04/17/2015 | 30 | MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held. Motion to stay 25 is entered and continued.Mailed notice (clw, ) (Entered: 04/17/2015) |
| 05/29/2015 | 31 | MINUTE entry before the Honorable Milton I. Shadur:Respondent's motion for partial stay 25 is granted. Status hearing set for 6/11/2015 at 09:00 |

5

| | | |
|---|---|---|
| | | AM.Mailed notice (clw, ) (Entered: 05/29/2015) |
| 06/11/2015 Flash Drive | 32 | TRANSCRIPT OF PROCEEDINGS held on 06/11/2015 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 7/2/2015. Redacted Transcript Deadline set for 7/13/2015. Release of Transcript Restriction set for 9/9/2015. (Scarpelli, Rosemary) (Entered: 06/11/2015) |
| 06/11/2015 | 33 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 6/11/2015. This Court vacates the granting of respondent's motion for partial stay 25 . Respondent's motion for partial stay 25 is denied.Mailed notice (clw, ) (Entered: 06/11/2015) |
| 06/12/2015 Flash Drive | 34 | TRANSCRIPT OF PROCEEDINGS held on 04/17/2015 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 7/6/2015. Redacted Transcript Deadline set for 7/13/2015. Release of Transcript Restriction set for 9/10/2015. (Scarpelli, Rosemary) (Entered: 06/12/2015) |
| 07/31/2015 | 35 | ORDER dated 07/31/2015 from the 7th Circuit regarding notice of appeal 21 ; Appellate case no. : 15-1690: IT IS ORDERED that the motion for a stay is DENIED. (rm, ) (Entered: 08/03/2015) |
| 08/27/2015 | "TYPE=PICT | MOTION by Petitioner Equal Employment Opportunity Commission for order to show cause (Feldman, Laura) (Entered: 08/27/2015) |

| | | |
|---|---|---|
| | :ALT=*"36 | |
| 08/27/2015 | 37 | NOTICE of Motion by Laura R. Feldman for presentment of motion for order to show cause 36 before Honorable Milton I. Shadur on 8/31/2015 at 09:15 AM. (Feldman, Laura) (Entered: 08/27/2015) |
| 08/28/2015 | 38 | RESPONSE by Aerotek, Inc. to MOTION by Petitioner Equal Employment Opportunity Commission for order to show cause 36 (Attachments: # 1 Exhibit Exhibits A - C)(Hurka, Thomas) (Entered: 08/28/2015) |
| 08/31/2015 Flash Drive | 39 | TRANSCRIPT OF PROCEEDINGS held on 08/31/2015 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/21/2015. Redacted Transcript Deadline set for 10/1/2015. Release of Transcript Restriction set for 11/30/2015. (Scarpelli, Rosemary) (Entered: 08/31/2015) |
| 08/31/2015 | 40 | MINUTE entry before the Honorable Milton I. Shadur: Motion hearing held on 8/31/2015 regarding plaintiff's motion for order to show cause 36 why defendant should not be held in contempt. That motion is continued to 9/11/2015 at 8:45 a.m. Defendant's oral motion for a stay is denied without prejudice. Mailed notice (gds) (Entered: 09/01/2015) |
| 09/08/2015 | 41 | MINUTE entry before the Honorable Milton I. Shadur:The time of the motion hearing on 9/11/2015 set for 8:45 a.m. is reset to 09:45 AM.Mailed notice (clw, ) (Entered: 09/08/2015) |
| 09/11/2015 | 42 | MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held on 9/11/2015. Respondent turned over records to petitioner in open court. Petitioner's motion for order to show cause 36 is continued generally. Mailed notice (clw, ) (Entered: 09/11/2015) |
| 09/23/2015 | 43 | NOTICE to Transmit Record on Appeal regarding notice of appeal 21 ; USCA Case No. 15-1690 (jc, ) (Entered: 09/24/2015) |

**KEY**

**Majority of all items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These item are sent under a separate certificate.**
**N/A: These items are not available.**